# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DJS,

                         Plaintiff,          Case No. 24-cv-11962

v.                                           Judith E. Levy
                                             United States District Judge
Nuco Health LLC,
                                             Mag. Judge Kimberly G. Altman
                         Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [45]

Before the Court is Magistrate Judge Kimberly G. Altman's Report and Recommendation (ECF No. 45) recommending the Court grant Defendant Nuco Health LLC's motion for judgment on the pleadings. (ECF No. 37.) The parties were required to file specific written objections, if any, within fourteen days of service. *See* Fed. R. Civ. P. 72(b)(2); E.D. Mich. LR 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (ECF No. 45) is ADOPTED; and

Defendant's motion for judgment on the pleadings (ECF No. 37) is GRANTED.[1]

IT IS SO ORDERED.

Dated: June 22, 2026
    Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 22, 2026.

s/Sandra Osorio
SANDRA OSORIO
Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have forfeited any further right of appeal. *See United States v. Wandahsega*, 924 F.3d 868, 878 (6th Cir. 2019); *see also Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019).